Vincenzo Petacca, appellee, v. Raffaele Grimaldi, appellant. Gen. No. 24,512.

Action to recover money loaned. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Courtney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed June 10, 1919. Rehearing denied June 23, 1919.

De Stefano & Mirabella, for appellant. Maxwell R. Herman, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

City of Chicago, appellee, v. William Annixter, appellant. Gen. No. 24,521.

Prosecution for violation of city ordinance relating to gambling. Judgment of guilty. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed. Opinion filed June 10, 1919.

Hope Thompson, for appellant; Ransom E. Walker, of counsel. Daniel Webster and Harry B. Miller, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Bullock Tractor Company, defendant in error, v. Frank A. Windes and W. J. Walter, plaintiffs in error. Gen. No. 24,369.

Action to recover on promissory notes. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. M. L. Mc-. Kinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed June 10, 1919.

Albert O. Olson, for plaintiffs in error. Alden, Latham & Young, for defendant in error; Charles Martin, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Alexander S. Schulman, plaintiff in error, v. American Posting Service Company et al., defendants in error. Gen. No. 24,374.

Action to recover for malicious prosecution. Judgment for defendants. Error to the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed June 10, 1919.

S. C. Irving, for plaintiff in error. Chytraus, Healy & Frost, for defendants in error; E. Allen Frost, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Ernest Kozak, by Marie Kozak, defendant in error, v. Frank Motto et al., plaintiffs in error. Gen. No. 24,422.

Action to recover for false imprisonment. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed June 10, 1919.

Alex E. Nelson, for plaintiff in error Frank Motto; Albert C.